UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | 7:16-MJ-1848-05 |
| CLARA GARCIA-ACOSTA | * | |

ORDER GRANTING DEFENDANT'S WAIVER OF PRELIMINARY AND DETENTION HEARING

After review of Defendant's Motion to Waive the Preliminary and Detention Hearing in this cause, the Court is of the opinion that said request should be GRANTED. As a result, findings of probable cause as well as an order of detention shall be ordered and entered into the minutes of the Court.

IT IS SO ORDERED.

SIGNED ON THIS _____ DAY OF _____, 2016.

_____
Honorable Peter E. Ormsby,
United States Magistrate Judge Presiding